JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts      **Category No.** II          **Investigating Agency** FBI

**City**      Brockton                    **Related Case Information:**

**County**    Plymouth                    Superseding Ind./ Inf. _____  Case No. _____
                                          Same Defendant _____  New Defendant _____
                                          Magistrate Judge Case Number _____
                                          Search Warrant Case Number    See Attached
                                          R 20/R 40 from District of _____

**Defendant Information:**                Is this case related to an existing criminal action pursuant to Rule     ☑ Yes  ☐ No
                                          40.1(h)? If yes, case number 22-cr-10356-LTS

Defendant Name      Demond Hayden                                          Juvenile:  ☐ Yes  ☑ No

                    Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name:       "Deem"

Address:

Birth date (Yr only): 1980      SSN (last 4#): 6789      Sex: M      Race B          Nationality:

**Defense Counsel if known:** _____        Address: _____

Bar Number: _____                                    _____

**U.S. Attorney Information**

AUSA:     Michael Crowley                        Bar Number if applicable: _____

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**         ☐ Yes  ☑ No      If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**     ☐ Yes   ☑ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     ☑ Complaint        ☐ Information        ☐ Indictment

**Total # of Counts:**     ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.**

Date: 6/16/2026                    Signature of AUSA:    /s/ Michael Crowley

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Demond Hayden a/k/a "Deem"

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute controlled substances, including over 400 grams fentanyl and over 5 kilograms cocaine. | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

# Search Warrant Numbers

- 24-MJ-1009-DLC,
- 24-MJ-1010-DLC,
- 24-MJ-1011-DLC
- 25-MJ-1220-DLC
- 25-MJ-1221-DLC
- 25-MJ-1222-DLC